**Electronically Filed**
**Supreme Court**
**SCWC-11-0000350**
**27-JUL-2015**
**10:15 AM**

SCWC-11-0000350

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

In the Matter of the Arbitration

of

NORDIC PCL CONSTRUCTION, INC., fka NORDIC CONSTRUCTION, LTD.,
Respondent/Claimant/Counterclaim Respondent-Appellant,

vs.

LPIHGC, LLC,
Petitioner/Respondent/Counterclaimant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000350; S.P. NO. 10-1-0346)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court,

filed on July 23, 2015, is corrected as follows:

1. On page 3, line 9, insert the word "to," so that

the phrase reads "unable to determine."

2. On page 5, line 21, insert an open parenthesis, so

that the text reads "("O'Toole")."

3. On page 15, footnote 9, line 3, delete the phrase

"there were."

4. On page 20, line 16, the footnote number "13" should be in plain (not bold) text.

5. On page 29, on the first line following the quoted text, replace "22" with "82 P.3d."

6. On page 31, line 12, capitalize the letter "p" in "p.3d."

7. On page 36, line 1, delete the word "and" so that the phrase reads "appropriately remanded."

8. On page 37, line 16 of the quoted text, delete the underlined space after the word "parties," and on line 5 following the quoted text, insert the word "the" so that the phrase reads "drafted by the National Conference of Commissioners."

9. On page 53, line 5, insert a closed quotation mark after "partiality."

10. On page 57, line 5, delete the letter "s" after the word "quotation" and insert the word "marks."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, July 27, 2015.

/s/ Sabrina S. McKenna

Associate Justice



2